UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
CARMEN AMBERT,

        Plaintiff,

    -against-

NEW YORK CITY HOUSING AUTHORITY,
TINO HERNANDEZ, In His Individual Capacity
And As Chairman Of the New York City Housing
Authority, and DOUGLAS APPLE, In His
Individual Capacity And As General Manager
Of the New York City Housing Authority,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civ. No. 08-3073 (RJH)

NOTICE OF APPEARANCE ON
BEHALF OF DEFENDANTS

    PLEASE TAKE NOTICE that defendants New York City Housing Authority, Tino Hernandez and Douglas Apple will be represented in the above-captioned matter by Ricardo Elias Morales, General Counsel, Donna M. Murphy, Esq., Of Counsel.

Dated: New York, New York
       May 13, 2008

                              RICARDO ELIAS MORALES
                              General Counsel
                              New York City Housing Authority
                              Attorney for Defendants
                              New York City Housing Authority
                              250 Broadway, 9th Floor
                              New York, New York 10007
                              Tel. No.: (212) 776-5244
                              Fax. No.: (212) 776-5404


                By:    _____/s/_____
                        Donna M. Murphy (DM-6487)