

NEW YORK CITY
HOUSING
AUTHORITY

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY • NEW YORK, NY 10007

http:/nyc.gov/nycha

**TINO HERNANDEZ**
CHAIRMAN
**EARL ANDREWS, JR.**
VICE-CHAIRMAN
**MARGARITA LÓPEZ**
MEMBER
**VILMA HUERTAS**
SECRETARY
**DOUGLAS APPLE**
GENERAL MANAGER
Ricardo Elias Morales
General Counsel

May 13, 2008

WRITER'S DIRECT LINE
(212) 776-5244



RECEIVED
MAY 14 2008
CHAMBERS OF
RICHARD J. HOLWELL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

BY HAND & ECF
Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   Carmen Ambert v. New York City Housing Authority, et al.
      Civ. No. 08-3073 (RJH) (AJP)

Dear Judge Holwell:

This office represents defendants New York City Housing Authority ("NYCHA"), Tino Hernandez and Douglas Apple in the above-referenced employment discrimination matter. I write to request an extension of defendants' time to respond to the complaint until June 4, 2008 and an adjournment of the initial conference currently scheduled for May 23, 2008 until on or after mid-June 2008. Plaintiff's counsel consents to these requests.

The complaint was served on April 24, 2008. I respectfully request, with plaintiff's consent, a three-week extension of defendants' time to respond to the complaint until June 4, 2008. The parties also request an adjournment of the initial conference, currently scheduled for May 23, 2008, until on or after mid-June 2008, in order that they may confer regarding a scheduling order after the matter has been joined. There have been no prior requests for an extension of time of defendants' time to answer or for adjournment of the initial conference.

If the Court has any questions, please have your Clerk call me at (212) 776-5244.

Respectfully submitted,

Donna M. Murphy
Donna M. Murphy (DM 6487)
Cc: Lee Nuwesra, Esq. (via facsimile and ecf)

*Application Granted. Conference adjourned to June 20, 2008 at 11:00 AM.*

*SO ORDERED* [signature] USDJ 5/14/08

---

Sonya M. Kaloyanides, Deputy General Counsel for Civil Litigation • Telephone (212) 776-5184 • Fax (212) 776-5401