UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X          08 -CV-3073 (RJH)

CARMEN AMBERT,
                Plaintiff,                    DECLARATION OF
                                                PERSONAL SERVICE
     -against-

NEW YORK CITY HOUSING
AUTHORITY; TINO HERNANDEZ, In
His Individual Capacity And As
Chairman Of The New York City
Housing Authority; And DOUGLAS
APPLE, In His Individual Capacity And
As General Manager Of The New York
City Housing Authority

                Defendant.
_____X

      Lee Nuwesra, Esq., declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 1as follows:

      I am not a party to this action, am over 18 years old, and the principal attorney of record in this matter.

      On 4-28-2008, I caused copies of Plaintiff's SUMMONS IN A CIVIL ACTION and COMPLAINT, to be personally served upon all Defendants, respectively, at the following address:

New York City Housing Authority,
250 Broadway, 9th Floor,
New York, N.Y. 10007

Dated: New York, New York
       May 19, 2008

                                        Lee Nuwesra, (LN5851)