\*\* TOTAL PAGE.02 \*\*





**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY• NEW YORK, NY 10007
http://nyc.gov/nycha

NEW YORK CITY
**HOUSING**
**AUTHORITY**

**TINO HERNANDEZ**
CHAIRMAN
**EARL ANDREWS, JR.**
VICE-CHAIRMAN
**MARGARITA LÓPEZ**
MEMBER
**VILMA HUERTAS**
SECRETARY
**DOUGLAS APPLE**
GENERAL MANAGER
Ricardo Elias Morales
General Counsel

WRITER'S DIRECT LINE
(212) 776-5244

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

June 4, 2008

**VIA FACSIMILE**
Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:   Carmen Ambert v. New York City Housing Authority, et al.
      <u>Civ. No. 08-3073 (RJH) (AJP)</u>

Dear Judge Holwell:

This office represents defendants New York City Housing Authority ("NYCHA"), Tino Hernandez and Douglas Apple in the above-referenced employment discrimination matter. I write to request an extension of defendants' time to respond to the complaint from June 4, 2008 until June 10, 2008. Plaintiff's counsel consents to this request.

The complaint was served on April 24, 2008. The Court previously granted, with plaintiff's consent, a three-week extension of defendants' time to respond to the complaint until June 4, 2008. Defendants' counsel requests a further extension, only until June 10, 2008, in order to consult with an individual who is currently unavailable. This adjournment will not affect the initial conference scheduled for June 20, 2008.

If the Court has any questions, please have your Clerk call me at (212) 776-5244.

Respectfully submitted,

Donna M. Murphy (DM 6487)
Cc: Lee Nuwesra, Esq. (via facsimile)

(NEXT PTC  6/20/08 @ 11:00 AM)

SO ORDERED

[signature]
USDJ 6/5/08

---

Sonya M. Kaloyanides, Deputy General Counsel for Civil Litigation • Telephone (212) 776-5184 • Fax (212) 776-5401