```
** TOTAL PAGE.02 **
```



USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 6/23/08

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
250 BROADWAY • NEW YORK, NY 10007

http://nyc.gov/nycha

NEW YORK CITY
**HOUSING**
**AUTHORITY**

TINO HERNANDEZ
CHAIRMAN
EARL ANDREWS, JR.
VICE-CHAIRMAN
MARGARITA LÓPEZ
MEMBER
VILMA HUERTAS
SECRETARY
DOUGLAS APPLE
GENERAL MANAGER
Ricardo Elias Morales
General Counsel

WRITER'S DIRECT LINE
(212) 776-5244

June 18, 2008

**VIA FACSIMILE & ECF**
Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

  Re: Carmen Ambert v. New York City Housing Authority, et al.
    Civ. No. 08-3073 (RJH) (AJP)

Dear Judge Holwell:

  This office currently represents defendants New York City Housing Authority ("NYCHA"), Tino Hernandez and Douglas Apple in the above-referenced employment discrimination matter. I write to request a brief adjournment of the initial conference scheduled for June 20, 2008 at 11:00 a.m. because NYCHA has recently retained outside counsel to represent defendants in this matter.

  The complaint was served on April 24, 2008. Defendants answered the complaint on June 10, 2008. The initial conference has been adjourned once due to extensions of defendants' time to answer the complaint. NYCHA has recently retained Jackson Lewis LLP to represent defendants in this case. In order to permit sufficient time for the firm to substitute as counsel and consult with plaintiff's counsel prior to the conference, we request an adjournment of the conference for at least one week. Plaintiff's counsel defers to the Court's discretion on this application.

  If the Court has any questions, I may be reached at (212) 776-5244.

Respectfully submitted,

*Donna M. Murphy*
Donna M. Murphy (DM 6487)
cc: Lee Nuwesra, Esq. (via ecf)

*Conference adjourned to 7/18/08 at 11:30 a.m.*
*So ordered*
*[signature]*
*USDJ*
*6/20/08*