## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

CARMEN AMBERT,　　　　　　　　　　　　　Case Number: 08-3073 (RJH)

　　　　　　　　Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY,
TINO HERNANDEZ, In His Individual Capacity
And As Chairman Of the New York City Housing
Authority, and DOUGLAS APPLE, In His Individual
Capacity And As General Manager Of the New York
City Housing Authority,

　　　　　　　　Defendants.

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for Defendants.

　　I certify that I am admitted to practice in this court.

July 10, 2008
Date

_____
Signature

Matthew A. Steinberg (MS 3979 )
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,　　NY　　　　10038
City　　　　　State　　　Zip Code

212-545-4000　　　　　212-972-3213
Phone Number　　　　　Fax Number