UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN AMBERT,

                          Plaintiff,

    -against-

NEW YORK CITY HOUSING AUTHORITY, TINO HERNANDEZ, In His Individual Capacity And As Chairman Of the New York City Housing Authority, and DOUGLAS APPLE, In His Individual Capacity And As General Manager Of the New York City Housing Authority,

                         Defendants.

Civ. No. 08-3073 (RJH)

**NOTIFICATION OF SUBSTITUTION OF COUNSEL**

---

       Defendants New York City Housing Authority, Tino Hernandez and Douglas Apple (collectively "Defendants") hereby notify the Court and counsel for Plaintiff Carmen Ambert that Defendants are substituting the firm of Jackson Lewis LLP for Ricardo Elias Morales, General Counsel, New York City Housing Authority, and Donna M. Murphy, Of Counsel to Ricardo Elias Morales, General Counsel of the New York City Housing Authority, as counsel for Defendants in the above-captioned case.

| | |
|---|---|
| RICARDO ELIAS MORALES<br>250 Broadway, 9th Floor<br>New York, New York 10007<br>(212) 776-5244<br>WITHDRAWING COUNSEL<br>FOR DEFENDANTS<br><br>By: _/s/ Donna M. Murphy_<br>     Donna M. Murphy (DM 6487)<br><br>Dated: July 10, 2008<br>       New York, New York | JACKSON LEWIS LLP<br>59 Maiden Lane<br>New York, New York 10038-4502<br>(212) 545-4000<br>SUBSTITUTING COUNSEL FOR<br>DEFENDANTS<br><br>By: _/s/ John A. Snyder_<br>     John A. Snyder (JS 4786)<br><br>Dated: July 10, 2008<br>       New York, New York |