UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN AMBERT,

                                        Plaintiff,

                -against-

NEW YORK CITY HOUSING AUTHORITY, TINO
HERNANDEZ, In His Individual Capacity And As
Chairman Of the New York City Housing Authority, and
DOUGLAS APPLE, In His Individual Capacity And As
General Manager Of the New York City Housing Authority,

                                        Defendants.

Civ. No. 08-3073 (RJH)

**ENTRY AND
WITHDRAWAL OF
APPEARANCE ON
BEHALF OF
DEFENDANTS**



        Jackson Lewis LLP, by John A. Snyder, Esq., Matthew A. Steinberg, Esq. and

Jason A. Zoldessy, Esq., hereby enters its appearance as counsel for Defendants New York City

Housing Authority, Tino Hernandez and Douglas Apple (collectively "Defendants"). Ricardo

Elias Morales, General Counsel, New York City Housing Authority, and Donna M. Murphy, Of

Counsel to Ricardo Elias Morales, General Counsel of the New York City Housing Authority,

250 Broadway, New York, New York, hereby withdraw as counsel for Defendants. Jackson

Lewis LLP, by John A. Snyder, Esq., Matthew A. Steinberg, Esq. and Jason A. Zoldessy, Esq.

will substitute in as counsel of record for Defendants.

RICARDO ELIAS MORALES
250 Broadway, 9th Floor
New York, New York 10007
(212) 776-5244

By: _Donna M. Murphy_
Donna M. Murphy (DM 6487)

Dated: July 10, 2008
New York, New York

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038-4502
(212) 545-4000

By: _John A. Snyder_
John A. Snyder (JS 4786)

Dated: July 10, 2008
New York, New York

IT IS SO ORDERED this
_16_ day of _July_ 2008.

_____
HON. RICHARD J. HOLWELL, U.S.D.J.